```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 04553
   GEORGE W BUTLER
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-7694

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 02/28/2008 and was not confirmed.

    The case was dismissed without confirmation 05/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC      UNSECURED        8026.19            .00           .00
RESCAP MORTGAGE           NOTICE ONLY    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         203.42            .00           .00
NICOR                     UNSECURED      NOT FILED            .00           .00
CITICORP CREDIT SERVICES  UNSECURED      NOT FILED            .00           .00
CITIBANK/SEARS            UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED            .00           .00
NUVELL CREDIT             UNSECURED      NOT FILED            .00           .00
UNITED INSURANCE COMPANY  UNSECURED      NOT FILED            .00           .00
MARY SMOTHERS             NOTICE ONLY    NOT FILED            .00           .00
HOMECOMINGS FINANCIAL     CURRENT MORTG       .00             .00           .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE   2100.00             .00           .00
ILLINOIS TITLE LOANS      SECURED VEHIC       .00             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,464.00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                                .00
                   --------------       --------------
TOTALS                  .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04553 GEORGE W BUTLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/26/08
                               /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE